MURDOCK, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala.R.App. P.; Ex parte State Dep’t of Indus. Relations, 848 So.2d 251 (Ala.2002); Andrews v. Merritt Oil Co., 612 So.2d 409 *348 (Ala.1992); Drummond Company, Inc. v. Boatman, 825 So.2d 823 (Ala.Civ.App.2001); and Jack’s Restaurant v. Tumbow, 674 So.2d 573 (Ala:Civ.App.1995).
CRAWLEY, THOMPSON, and PITTMAN, JJ., concur.
YATES, P.J., concurs specially.